## A. B. JOHNSON

### *v.*

### THOMAS M. LOGAN.

| 68 | 313 |
|-----|------|
| 201 | 275 |

FORMER RECOVERY—*plea of.* In a suit upon a promissory note, the defendant pleaded a former recovery upon the same cause of action in a justice's court, held by a police magistrate of the city of Centralia, after the new constitution went into effect, for the sum of $269.65: *Held*, that the plea was clearly bad, as the police magistrate had no jurisdiction of the subject matter to that amount, under the new constitution.

APPEAL from the Circuit Court of Jackson county; the Hon. MONROE C. CRAWFORD, Judge, presiding.

Mr. LEWIS P. BUTLER, for the appellant.

Mr. F. E. ALBRIGHT, for the appellee.

Mr. JUSTICE McALLISTER delivered the opinion of the Court:

This was an action of assumpsit, brought by the appellee against the appellant and others. The declaration contains a special count upon a note and the common counts.

The appellant filed a special plea in bar, to which the court sustained a demurrer. The judgment upon the demurrer presents the only question raised by this record. The plea was bad. It set up a former recovery upon the same causes of action in a justice's court, held by the police magistrate of the city of Centralia, after the new constitution went into effect, and for the sum of $269.65. The justice's court held by such police magistrate, after the adoption of the new constitution, had no jurisdiction of the subject matter to that amount. This question was decided in *Phillips* v. *Quick*, 63 Ill. 445.

The judgment of the court below must be affirmed.

*Judgment affirmed.*